UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCHWEND, INC.,

       Plaintiff,

v.                                                         Case No. 8:05-cv-458-T-24 TGW

CHRISTOPHER C. COOK and
K & K SALES, INC.,

       Defendants.
_____/

**O R D E R**

       This cause comes before the Court for consideration of Plaintiff's Motion for Preliminary Injunction. (Doc. No. 4). This motion was considered by the United States Magistrate Judge, pursuant to a specific order of referral. (Doc. No. 5). Magistrate Judge Wilson held a hearing on the motion on May 6, 2005. Thereafter, Magistrate Judge Wilson filed his Report and Recommendation, recommending that preliminary injunctive relief be granted, but stating that it should be narrower than the injunction initially proposed by Plaintiff. (Doc. No. 19). All parties were furnished copies of the Report and Recommendation on June 6, 2005 and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED AND ADJUDGED** that

              (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 19) is adopted and incorporated by reference in this Order of the Court;

(2) Plaintiff's Motion for Preliminary Injunction (Doc. No. 4) is **GRANTED** to the extent consistent with the Magistrate Judge's Report and Recommendation; and

(3) The parties are directed to submit, by July 11, 2005, a joint proposed preliminary injunction order consistent with the Magistrate Judge's Report and Recommendation to be entered by this Court.

**DONE AND ORDERED** at Tampa, Florida, this 24th day of June, 2005.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record