UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCHWEND, INC.,

    Plaintiff,

v.                                              Case No: 8:05-CV-458-T-24-TGW
                                                 Judge Susan C. Bucklew

CHRISTOPHER C. COOK and K & K       Magistrate Thomas G. Wilson
SALES, INC.,

    Defendants.
_____/

## **STIPULATED ORDER ENJOINING DEFENDANTS**

Plaintiff, Schwend, Inc. ("Schwend"), and defendants, Christopher C. Cook and K&K Sales, Inc. ("K&K"), having acknowledged the Report and Recommendation of the Magistrate Judge (Doc. 19) recommending that Plaintiff's Motion for Preliminary Injunction (Doc. 4) be granted, which has been adopted by this Court (Doc.28), hereby agree and stipulate to the entry of the following order.

This Court, having adopted the Magistrate Judge's Report and Recommendation, it is further ORDERED that:

A.    Within 14 days of the date of this Order, Schwend shall serve a list of all customers with whom it did business in the year 2004 in the states of Florida, Alabama, Tennessee, Ohio and Texas. (the "Customer List") The list shall be redacted, identifying only the customer's name and the state. The Customer List shall be served under seal, shall be kept confidential by Defendants Cook and K&K in accordance with the Confidentiality Agreement and Protective Order

    entered by this Court and shall be used exclusively for the purposes of complying with this Order. The Customer List shall not be used by either defendant for any other purposes including, the purpose of competing with Plaintiff. Defendants shall not duplicate or reproduce the Customer List, and upon expiration of this injunction, the original copy of the Customer List shall be returned to counsel for Schwend, Inc.

B.     During the course of this litigation, or for a period of one year from the date of this Order, whichever is shorter, defendant Christopher C. Cook is ENJOINED from, directly or indirectly for himself or on behalf of or in conjunction with any other person, company, partnership or corporation, calling upon or soliciting any customers of Schwend, Inc. identified in the Customer List, for the purposes of soliciting business for any person or entity engaged in direct competition with Schwend in the business of long distance hauling, short distance hauling or dispatching bulk dry goods, in the states of Florida, Alabama, Tennessee, Ohio and Texas.

C.     Defendant K&K is ENJOINED from directly or indirectly assisting Cook in violating any provision of this Court's Order.

D.     This Order is without prejudice of Plaintiff to seek a one-year extension of this preliminary injunction and Plaintiff may seek a preliminary and/or permanent injunction upon a showing that its confidential information constitutes a trade secret.

E.     Within twenty-one (21) days of the date of this Order, Plaintiff shall be required

to post a bond in the amount of $15,000.

SO ORDERED.

DATE: July 19, 2005

Susan C. Bucklew
United States District Judge